[Nos. 31704-8-III; 31746-3-III.   Division Three.   June 26, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN PAUL WHITE, *Appellant*.

*In the Matter of the Personal Restraint of* STEVEN PAUL WHITE, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-00085-8, Patrick A. Monasmith, J. Pro Tem., entered May 14, 2013, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 68766-2-I.   Division One.   June 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. D'MARCO LA'CALVIN MOBLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06405-7, Monica J. Benton, J., entered April 27, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[Nos. 68803-1-I; 69001-9-I.   Division One.   June 30, 2014.]

HELEN IMMELT ET AL., *Respondents*, v. ROBERT BONNEVILLE ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 08-2-23499-1, Suzanne M. Barnett, J., entered April 19, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Dwyer, JJ.